IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH DOUGLAS CLARK, III, <br><br> Plaintiff, <br><br> v. <br><br> ZAKEN, *et al.*, <br><br> Defendants. | 2:24-CV-00796-CCW-KT |

## **ORDER**

This case has been referred to United States Magistrate Judge Kezia O.L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 2, 2026, the Magistrate Judge issued a Report, ECF No. 103, recommending that Defendants' Partial Motion to Dismiss, ECF No. 82, be granted in part and denied in part. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, IT HEREBY IS ORDERED that Defendants' Partial Motion to Dismiss, ECF No. 82, is **GRANTED IN PART** such that Plaintiff's claims for money damages against Defendants Adamson, Smith, Gates and Phillips in their official capacities are **DISMISSED WITH PREJUDICE**. Defendants' Partial Motion to Dismiss is **DENIED IN PART** as to Defendants' assertions that Defendants Adamson, Smith, Gates, and Phillips should be dismissed for lack of personal involvement.

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation, ECF No. 103, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


DATED this 22nd day of April, 2026.


                                          BY THE COURT:


                                          /s/ Christy Criswell Wiegand
                                          CHRISTY CRISWELL WIEGAND
                                          United States District Judge


cc (via ECF email notification):

All Counsel of Record


cc (via US mail):

Kenneth Douglas Clark, III
QK6589
SCI Greene
169 Progress Drive
Waynesburg, Pa 15370